IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| OCTAVIO VALLE, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>L.R. COWAN CONCRETE CO., INC.; LEONARD COWAN and PATRICIA COWAN, individually,<br><br>Defendants. | NO. CV12-02287-PHX-DGC<br><br>**ORDER** |

Upon stipulation of the parties hereto (Doc. 32), and good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed in its entirety *with* prejudice, and the parties are to bear their own attorneys' fees and costs.

Dated this 15th day of March, 2013.

David G. Campbell
United States District Judge