IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| OCTAVIO VALLE, on behalf of himself and all similarly situated individuals,<br><br>                        Plaintiff,<br><br>v.<br><br>L.R. COWAN CONCRETE CO., INC.; LEONARD COWAN and PATRICIA COWAN, individually,<br><br>                        Defendants. | NO. CV12-02287-PHX-DGC<br><br>**ORDER RE AMENDED STIPULATION OF DISMISSAL** |

Upon amended stipulation (Doc. 34) of the parties hereto, and good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed in its entirety *with* prejudice in accordance with the Parties' Confidential Agreement for Settlement and Dismissal with Prejudice.  It is further ordered that the parties are to bear their own attorneys' fees and costs.

Dated this 19th day of March, 2013.

_____
David G. Campbell
United States District Judge

PHX 330681872v1